People of the State of Illinois ex rel. Edward J. Barrett, Appellee, v. Depositors State Bank.
Helen Schymanski, Appellant, v. Charles H. Albers.

Gen. No. 40,232.

 opinion filed June 26, 1940. Laurence B. Jacobs, for appellant; Marcellus W. Meek and Roy S. Gaskill, of counsel; Altheimer, Woods & Smith, for appellee; Lewis L. Levin and Charles H. Blumenfeld, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''